**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURIE WARREN, | Case No. 1:23-cv-0941 JLT EPG |
| Plaintiff, | ORDER APPROVING STIPULATION ON AMENDED COMPLAINT AND RENEWED MOTION TO DISMISS BY DEFENDANT HUNT & HENRIQUES, LLP |
| v. | |
| CAPITAL ONE BANK (USA), N.A.; HUNT & HENRIQUES, LLP; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

The Court has reviewed the Stipulation filed by Plaintiff Laurie Warren and defendant Hunt & Henriques, LLP (collectively, the "Parties") regarding Plaintiff's forthcoming amended Complaint. The Stipulation is incorporated herein by reference. Good cause appearing, the Court hereby **ORDERS**:

1. The Stipulation filed September 1, 2023 (Doc. 27) is approved.
2. Defendant's Motion to Dismiss (Doc. 26) is deemed withdrawn without prejudice, and the hearing set for October 12, 2023 is vacated.
3. Plaintiff shall file a First Amended Complaint no later than September 7, 2023.

///

4. Defendant shall file a response to the First Amended Complaint no later than September 28, 2023.

IT IS SO ORDERED.

Dated: **September 6, 2023**

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION ON AMENDED COMPLAINT AND RENEWED MOTION TO DISMISS BY DEFENDANT HUNT & HENRIQUES, LLP